**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **ENRIQUETA VAZQUEZ VAZQUEZ,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-946-G** |
| | ) | |
| **TODD BLANCHE,** | ) | |
| **U.S. Attorney General, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**<u>ORDER</u>**

Petitioner Enriqueta Vazquez Vazquez filed a Petition for Writ of Habeas Corpus (Doc. No. 1) pursuant to 28 U.S.C. § 2241, challenging her detention by U.S. Immigration and Customs Enforcement ("ICE") and requesting a bond hearing.

After a review of the public record on October 14, 2026, reflected that Petitioner is no longer in ICE custody, the Court ordered Petitioner to show cause why the Petition should not be dismissed as moot. *See* Order to Show Cause (Doc. No. 11). Petitioner did not respond to the Order to Show Cause. Respondents, however, have now filed a Status Report (Doc. No. 12) reflecting that Petitioner was released from ICE custody on July 22, 2026, on a $30,000 bond. *See id.* at 1; *id.* Ex. 1 (Doc. No. 12-1).

As it is apparent from the record that Petitioner is no longer in ICE custody, Petitioner's habeas claims are moot, and dismissal is warranted. *See Bermudez v. Figueroa*, No. CIV-26-179-JD, 2026 WL 925524, at *2 (W.D. Okla. Apr. 6, 2026); *see also Jordan v. Sosa*, 654 F.3d 1012, 1023 (10th Cir. 2011).

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice as moot. A separate judgment shall be entered.

IT IS SO ORDERED this 18th day of November, 2026.

Charles B. Goodwin

CHARLES B. GOODWIN
United States District Judge